(February 3, 1977)

■ Benjamin Andrews, Respondent, v Kenneth E. Williams, Defendant, and State Insurance Fund, Appellant.—Order, Supreme Court, New York County, entered on March 31, 1976, unanimously affirmed on the opinion of Nadel, J., at Trial Term, without costs and without disbursements. Concur—Lupiano, J. P., Birns, Lane and Markewich, JJ. [89 Misc 2d 492.]

■ The People of the State of New York, Respondent, v George Inserra, Appellant.—Judgment, Supreme Court, New York County, rendered on May 4, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). Concur—Lupiano, J. P., Birns, Lane and Markewich, JJ.

■ In the Matter of the City of New York, Respondent, Relative to Acquiring Title to Real Property, for a Project Known as Washington Heights-Highbridge Park Community Development Area, in the Borough of Manhattan. Trustees of Columbia University in the City of New York, Appellant.—Order, Supreme Court, New York County, entered on September 17, 1975, unanimously affirmed on the opinion of Cotton, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Silverman, Lane and Yesawich, JJ.

■ In the Matter of the City of New York, Appellant, Relative to Acquiring Title to Real Property, for a Project Known as Washington Heights-Highbridge Park Community Development Area, in the Borough of Manhattan. Trustees of Columbia University in the City of New York, Respondent.—First, separate and partial final decree of the Supreme Court, New York County, entered on July 29, 1975, unanimously affirmed on the opinion of Cotton, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Silverman, Lane and Yesawich, JJ.

■ Bruno Viskovic, Respondent, v Central Hudson Gas & Electric Co., Defendant and Third-Party Plaintiff-Appellant. Utilities Painting Corp., Third-Party Defendant-Appellant.—Order, Supreme Court, New York County, entered on October 6, 1976, unanimously affirmed for the reasons stated by Wallach, J., at Trial Term. Respondent shall recover of appellants one bill of $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Lane and Markewich, JJ.